UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>MITTEL PATEL and IRA BOOKER,<br>                    Defendants. | 23 Crim. 00120 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

      An initial conference in this matter will take place on **May 4, 2023** at **1:30 PM**. In light of Defendant Booker's medical condition, the proceeding will be held by videoconference via Microsoft Teams. Only the Court and the parties shall appear by video for the conference; all others may participate by telephone. The Court will provide the parties with instructions on how to appear by video. The public and members of the press may access the conference by calling (646) 453-4442 at the time of the proceeding and entering access code 688 154 990 followed by the pound (#) sign.

      At the conference, the Government shall recite the procedural history of this case, outline the nature of the evidence it intends to offer at any trial, and propose a schedule for the production of discovery materials. Furthermore, the parties should be prepared for the Court to set a trial date, as well as a schedule for motions and the exchange of expert statements. To that end, counsel for the parties shall consult in advance of the conference to agree, if possible, on scheduling. In addition, counsel are expected to file their respective notices of appearance prior to the conference.

      SO ORDERED.

Dated: May 1, 2023
       New York, New York

                                                    JENNIFER H. REARDEN
                                                  United States District Judge