UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>MITTEL PATEL and IRA BOOKER,<br>Defendants. | 23 Cr. 00120 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

      A status conference in this matter will take place on **June 29, 2023** at **12:15 p.m.** In light of Defendant Booker's medical condition, the proceeding will be held virtually. The Court will provide the parties with instructions on how to appear. The public and members of the press may access the conference by calling (646) 453-4442 at the time of the proceeding and entering access code 255 650 004 followed by the pound (#) sign.

      SO ORDERED.

Dated: June 7, 2023
       New York, New York

*Jennifer H. Rearden*
JENNIFER H. REARDEN
United States District Judge