UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>MITTEL PATEL and IRA BOOKER,<br>  Defendants. | 23 Cr. 00120 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

A conference in regard to Defendants Patel and Booker will be held on **March 5, 2024** at **11:30 a.m.** The proceeding will take place in Courtroom 12B, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: March 4, 2024
       New York, New York

_____
JENNIFER H. REARDEN
United States District Judge