UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | |
|---|---|
| -v.- | 23 Cr. 120 (JHR) |
| MITTEL PATEL, | ORDER |
| Defendant. | |

JENNIFER H. REARDEN, District Judge:

The Court has been informed that Defendant Mittel Patel may wish to enter a change of plea. Accordingly, on **March 20, 2025** at **11:15 a.m.**, a plea proceeding will take place in Courtroom 12B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007. The conference scheduled for **February 26, 2025** at **11:15 a.m.** is adjourned *sine die*.

With the Defendant's consent, the Court hereby excludes the time between February 26, 2025 and March 20, 2025 to allow the parties time to continue discussing a potential pretrial resolution of this case. The Court finds that the ends of justice served by excluding such time outweigh the best interests of the public and the Defendant in a speedy trial.

SO ORDERED.

Dated: February 25, 2025
New York, New York

JENNIFER H. REARDEN
United States District Judge