# AGNIFILO INTRATER

December 16, 2025

Via ECF
The Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Re:   *United States v. Mittel Patel,* 23 Cr. 120 (JHR)

Dear Judge Rearden:

Mr. Patel's sentencing is currently scheduled for January 7, 2026, at 11:30 am. I am writing to request an adjournment of sentencing because I am currently still on trial (and have been on trial since October 14, 2025) in the Eastern District of New York before Judge LaShann DeArcy Hall in *United States v. Velasquez Larin,* 20 Cr. 228 (LDH). Accordingly, I would request that sentencing in this matter be adjourned to late February 2026 to allow counsel to complete this trial and submit a sentencing memorandum on behalf of Mr. Patel.

I have spoken with the government (AUSA Jonathan Bodansky), who has no objection to counsel's request. This is counsel's third adjournment request.

Thank you for your consideration.

Respectfully,

Jacob Kaplan
Agnifilo Intrater LLP
*Attorney for Mittel Patel*
140 Broadway, Suite 2450
New York, NY 10005

cc:   Gov't Counsel (via ECF)